MR 
Case: 1:24-cv-03390 Document #: 1 Filed: 04/26/24 Page 1 of 13 PageID #:1

RECEIVED E.C
4/26/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:24-CV-03390
PC 8

CAT 3 RANDOM

JUDGE COLEMAN
MAGISTRATE JUDGE COLE

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Amanda L. VanderKelen
_____

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Cook County
Department of Corrections
3 Annex building
Living Unit 2B
_____

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

__X__ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: Amanda VanderKelen

   B. List all aliases: _____

   C. Prisoner identification number: 20240305021 / 08574380090988

   D. Place of present confinement: CCDOC 3AXB2

   E. Address: 2700 S. California Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Cook County Department of Corrections (3 AX 2B)

   Title: 3 annex building

   Place of Employment: (3 annex B2) - living unit B2

   B. Defendant: _____

   Title: _____

   Place of Employment: _____

   C. Defendant: _____

   Title: _____

   Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States: None

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

① This building (3 annex) is unfit for habitation. This housing unit, B2, has moldy showers, the ceiling has water damage, missing ceiling tiles, water damage on the floor with missing floor tiles. The floor & ceiling water damage is both in the eating area & the sleeping area. The missing floor tiles & ceiling tiles are in both the eating & sleeping areas. Maintenance has been called & responded, but nothing has been done about these issues. I have been to see the nurse to check my lungs & get my vitals checked regularly. I have been underweight -while I have been here- due to anorexia nervosa, so my immune system is already unstable. The showers have also been ice cold for multiple days consecutively.

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Case: 1:24-cv-03390 Document #: 1 Filed: 04/26/24 Page 5 of 13 PageID #:5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

② I am a vegetarian for religious reasons. I was raised Wiccan by my mother. Wicca is a branch of Paganism. Hinduism is also a branch of Paganism that observes a vegetarian diet. Hellenism (Greek) is another branch of Paganism, but I do not know their diet, for reference. Since I arrived on 3/5/24, I have spoken to to sheriffs on duty, social workers, psychiatrist, religious services, physicians assistants, + nurses about my diet. I was told upon arrival that this facility does provide a vegetarian diet for religious reasons. I filled out all required paperwork + multiple grievences addressing this. It took until 3-27-24 for them to give me vegetarian meals. This is over 20 days of refusing meals. Then, on 4-8-24, they started putting meat trays on my dinner tray (but breakfast + lunch remained vegetarian). This has continued until present (4-16-24). I have continued to file grievences + speak to sheriffs, nurses, physician assistant, + social worker. I am still underweight (BMI less than 18.5), so this is detrimental to my health. I have also gone into amenorreah (loss of menstruation due to being underweight) since I arrived here. I have originals of all grievences submitted. Most copies are too faint to read, that is why they are not attached to this form.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

~~Release from prison~~
Restitution for the time spent in these conditions.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

unsure - request counsel advice on a jury trial.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 10th day of April, 2024

Amanda L Vander Kila
(Signature of plaintiff or plaintiffs)

Amanda L Vander Kelen
(Print name)

20240305021 / 0857438090988
(I.D. Number)

309 Eastwood

Mt Prospect, IL 60056
(Address)

Case 24DV1180601 – Violation of Stalk No contact order
23119191301 – Criminal trespass to land
23DV7254001 – Violation Civil No contact order
24CR0327901 – order electronic home monitoring.
2312116001 – Violation Stalk No Contact order

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

| | |
|---|---|
| **! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** | *(! Para ser llenado solo por el personal de IIC Services !)* |
| ☐ Emergency Grievance <br> ☐ Grievance <br> ☐ Non-Compliant Grievance | ☐ Cermak Health Services <br> ☐ Superintendent: _____ <br> ☐ Other: _____ |

**CONTROL #:**
**Individual In Custody SHORT #:**

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** VanderKelen
**PRINT - FIRST NAME:** Amanda
**BOOKING NUMBER:** 20240305021
**DIVISION:** 3AX
**LIVING UNIT:** 2B
**DATE:** 4-2-24

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas
*[Spanish version of the above guidelines]*

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 4-2-24 | 8:00 pm | 3AX 2B | Medical / nurse |

My glucerna shakes for weight restoration are never on the med cart. I am supposed to get them 3x/day since my weight is so low. The nurse doesn't always come back with it, so I end up missing most of them. Could someone please make sure it is on the med cart for me every time so I don't miss them. Thank you in advance for correcting this error.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:** CO Lopez

**SIGNATURE of Individual in Custody:** Amanda VanderKelen

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** [illegible]
**SIGNATURE:** [illegible]
**DATE CRW RECIEVED:** 4/3/24
**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

(FCN-88) (AUG 22)  (**WHITE COPY** – IIC SERVICES DEPT.)  (**YELLOW COPY** – CRW)  (**PINK COPY** – INDIVIDUAL IN CUSTODY)



**Thomas J. Dart**
Sheriff of Cook County

**Don Beachem**
Executive Director - Operations
**Dr. Jane Gubser**
Executive Director – Programs

# Cook County Sheriff
### Records Department
2700 South California Avenue
Chicago, Illinois 60608
Tel: (773) 674-5201
E-Mail: doc.records@ccsheriff.org

## VERIFICATION OF INCARCERATION

Jail Booking Number: **2024-0305021**   Today's Date: **04-04-2024**

Regarding: **VANDER KELEN, AMANDA**
Subject's Name

Date of Birth: **09-09-0958**   Alias: **XXXXXXXXXXXXXXX**

Pursuant to your request, the following information is submitted:

Date entered CCDOC custody: **03-05-2024**   Date Released: **in custody**

| Case #1 | Case #2 |
|---|---|
| Case/Docket #: **23119191301** | Case/Docket #: **23DV7254001** |
| Lead Charge: **CRIM TRESPASS TO STATE LAND** | Lead Charge: **VIOL CIVIL NO CONTACT ORDER** |
| Disposition: **RELEASE WITH CONDITIONS** | Disposition: **DETAINED** |
| Disposition Date: **04-03-2024** | Disposition Date: **03-15-2024** |
| Next Court Date: **05-09-2024** | Next Court Date: **04-17-2024** |

Additional Comments:

**Weatherspoon**   Digitally signed by Weatherspoon
Date: 2024.04.04 09:00:41 -05'00'
Signature of Person Completing form

**Administrative Assistant**
Title

VOI Revised: 01/2024



**Thomas J. Dart**
Sheriff of Cook County

**Don Beachem**
Executive Director - Operations
**Dr. Jane Gubser**
Executive Director – Programs

## Cook County Sheriff
### Records Department
2700 South California Avenue
Chicago, Illinois 60608
Tel: (773) 674-5201
E-Mail: doc.records@ccsheriff.org

## VERIFICATION OF INCARCERATION

Jail Booking Number: **2024-0305021**    Today's Date: **04-04-2024**

Regarding: **VANDER KELEN, AMANDA**
Subject's Name

Date of Birth: **09-09-0958**    Alias: **XXXXXXXXXXXXXX**

Pursuant to your request, the following information is submitted:

Date entered CCDOC custody: **03-05-2024**    Date Released: **in custody**

| Case #1 | Case #2 |
|---|---|
| Case/Docket #: **23121116001** | Case/Docket #: **24CR0327901** |
| Lead Charge: **VIO STALK NO CONTACT ORDER** | Lead Charge: **ORDER ELECTRONIC HOME MONITORING (EM)** |
| Disposition: **DETAINED** | Disposition: **INITIAL APPEARANCE-RELEASE** |
| Disposition Date: **03-15-2024** | Disposition Date: **04-03-2024** |
| Next Court Date: **04-17-2024** | Next Court Date: **04-24-2024** |

Additional Comments:

**Weatherspoon**    Digitally signed by Weatherspoon
Date: 2024.04.04 09:00:41 -05'00'
Signature of Person Completing form

**Administrative Assistant**
Title

VOI Revised: 01/2024



**Thomas J. Dart**
Sheriff of Cook County

**Don Beachem**
Executive Director - Operations
**Dr. Jane Gubser**
Executive Director – Programs

# Cook County Sheriff
## Records Department
2700 South California Avenue
Chicago, Illinois 60608
Tel: (773) 674-5201
E-Mail: doc.records@ccsheriff.org

# VERIFICATION OF INCARCERATION

Jail Booking Number: **2024-0305021**   Today's Date: **04-04-2024**

Regarding: **VANDER KELEN, AMANDA**

Date of Birth: **09-09-1958**   Subject's Name / Alias: **XXXXXXXXXXXXXX**

Pursuant to your request, the following information is submitted:

Date entered CCDOC custody: **03-05-2024**   Date Released: **in custody**

| | Case #1 | Case #2 |
|---|---|---|
| Case/Docket #: | 24DV7180601 | XXXXXXX |
| Lead Charge: | VIOL STALK NO CONTACT ORDER | XXXXXXXXXXXXXXXXXX |
| Disposition: | DETAINED | XXXXXXXXXXXXXXXXXXX |
| Disposition Date: | 03-15-2024 | XXXXXXXXXXXXXXXXX |
| Next Court Date: | 04-17-2024 | XXXXXXXXXXXXXXXXX |

Additional Comments:

**Weatherspoon**
Digitally signed by Weatherspoon
Date: 2024.04.04 09:00:41 -05'00'
Signature of Person Completing form

**Administrative Assistant**
Title

VOI Revised: 01/2024

Name: Amanda Vander helen
ID: 08571438090988/20240305021
Div. 3Hx Tier: 2B
2700 S. California Ave.
Chicago, IL 60608

**RECEIVED**
APR 26 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th floor
Chicago, IL 60604

quadient
FIRST-CLASS MAIL
IMI
$001.12
04/19/2024 ZIP 60608
043M31244814

US POSTAGE

